# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| DAVID NEWHOUSE & his wife PATRICIA NEWHOUSE, | : | No.: 4:17-CV-00477 |
| --- | --- | --- |
| Plaintiffs, | : | (Judge Brann) |
| v. | : | |
| GEICO CASUALTY COMPANY | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 18th day of September 2017, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant GEICO Casualty Company's Motion to Sever and Stay Plaintiff's Bad Faith Claim (ECF No. 10) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge