## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DAVID NEWHOUSE and
PATRICIA NEWHOUSE,

Plaintiffs,

v.

GEICO Casualty Company,

Defendant.

No. 4:17-CV-00477

(Judge Brann)

## ORDER

### OCTOBER 12, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Partial Summary Judgment, ECF No. 28, is **GRANTED**. Upon resolution of the remaining claims in this case, the Clerk of Court is directed to enter judgment in favor of Defendant on Count II of Plaintiffs' Amended Complaint, ECF No. 6.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge