# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID NEWHOUSE, and PATRICIA NEWHOUSE | No. 4:17-CV-00477 |
| Plaintiffs, | (Judge Brann) |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant. | |

## ORDER

**MARCH 7, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. GEICO's Motion in Limine, ECF No. 42, is **GRANTED**.

2. GEICO's Motion in Limine, ECF No. 43, is **DENIED**.

3. Within seven days of the date of this Order, the parties **SHALL SHOW CAUSE** why this Court should not bifurcate the upcoming jury trial as explained in the accompanying Memorandum Opinion.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge